UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
BARBARA OLSON, DONALD OLSON SR.,
DONALD OLSON JR., and LONG ISLAND
HOUSING SERVICES, INC.,

                    Plaintiffs,                MEMORANDUM AND ORDER

    -against-                                CV 09-4283 (LDW) (ETB)

STARK HOUSING, INC. D/B/A GLENWOOD
VILLAGE and BRIAN STARK,

                    Defendants.
----------------------------------------------------------------X

WEXLER, District Judge

       Plaintiffs Barbara Olson, Donald Olson Sr., Donald Olson Jr., and Long Island Housing Services, Inc. bring this housing discrimination action against defendants Stark Housing, Inc. d/b/a Glenwood Village and Brian Stark claiming discrimination in violation of the Fair Housing Act, 42 U.S.C. § 3601 *et seq.*, and the New York State Human Rights Law, N.Y. Exec. Law § 290 *et seq.* Defendants move for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. Plaintiffs oppose the motion.

       Upon consideration, the Court finds that genuine issues of material fact exist, precluding the entry of summary judgment. See Fed. R. Civ. P. 56(a) (party seeking summary judgment must demonstrate that "there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law"); *Celotex Corp. v. Catrett*, 477 U.S. 317, 322 (1986).

Accordingly, defendants' motion for summary judgment is denied.

SO ORDERED.

/s/
LEONARD D. WEXLER
UNITED STATES DISTRICT JUDGE

Dated: Central Islip, New York
May 3, 2011