RELMAN, DANE & COLFAX PLLC

1225 19TH STREET NW SUITE 600
WASHINGTON DC 20036-2456

TEL 202-728-1888
FAX 202-728-0848
WEBSITE WWW.RELMANLAW.COM

December 10, 2012

Honorable Judge Leonard D. Wexler, Jr.
Long Island Federal Courthouse
944 Federal Plaza
Central Islip, New York 11722

    Re:  *Olsen v. Stark Homes, Inc.*, Case No: 09-CV-4283 (LW)(MO)

Dear Judge Wexler:

    We submit this letter on behalf of all Plaintiffs requesting a modification to Defendants' proposed order dismissing this action in its entirety, "with costs." (Docket Entry # 81-1). Plaintiffs request that the forgoing clause be changed to read "with Defendants to submit any taxable costs in accord with Local Civil Rule 54.1."

    A proposed order so modified is attached.

                              Sincerely,

                              /s/ Stephen M. Dane
                              Stephen M. Dane
                              Thomas J. Keary
                              Relman Dane & Colfax, PLLC
                              *Attorneys for Plaintiffs Donald Olsen, Sr.,*
                              *Barbara Olsen and Donald Olsen, Jr.*


                              /s/ Erik Heins
                              Erik Heins
                              Long Island Housing Services, Inc.
                              *Attorney for Plaintiff Long Island Housing Services,*
                              *Inc.*


CC:  John L. Ciarelli
      Patricia A. Dempsey