UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

BARBARA OLSEN, DONALD OLSEN, SR., DONALD OLSEN, JR., and LONG ISLAND HOUSING SERVICES, INC.,

        Plaintiffs,

  -against-

STARK HOMES, INC. D/B/A GLENWOOD VILLAGE and BRIAN STARK,

        Defendants.

---

09-cv-04283 (LDW)(ETB)

**ORDER**

**WHEREAS** the above captioned action having regularly come to trial before the Court and both sides having adduced evidence and rested;

And the Court having heard the Defendants Motion for a directed verdict of dismissal as to all causes of action in the complaint and the motion of all the Plaintiffs for a directed verdict as to the second cause of action and the Court, upon due deliberation having issued a decision in open court a copy of which is annexed hereto;

**NOW THEREFORE IT IS ORDERED AND ADJUDGED** that the Defendants motion is granted, the Plaintiffs motion is denied, and the action is hereby dismissed in its entirety, with Defendants to submit any taxable costs in accord with Local Civil Rule 54.1.

Dated: _____
      Central Islip, New York

 

_____
Hon. Leonard D. Wexler
United States District Judge