# CIARELLI & DEMPSEY P. C.
### ATTORNEYS AT LAW

JOHN L. CIARELLI
PATRICIA A. DEMPSEY

737 ROANOKE AVENUE
RIVERHEAD, NEW YORK 11901
(631) 369-5100
Facsimile: (631) 369-5132
ciarellidempsey@optonline.net

December 14, 2012

**VIA ECF**

Honorable Judge Leonard D. Wexler
United States District Judge
United States District Court
Eastern District of New York
Long Island Federal Courthouse
944 Federal Plaza
Central Islip, New York 11722

RE:   Barbara Olsen, et al. v. Stark Homes, Inc., et al.
       Civil Action Number: 09-cv-04283 (LDW)(ETB)

Dear Judge Wexler:

We are writing in response to the Plaintiffs' joint letter dated December 10, 2012, requesting modification of the proposed order submitted by the Defendants.

This will confirm that the Defendants intend to submit a Bill of Costs consistent with the provisions of Local Rule 54.1. Accordingly, there is no objection to the Plaintiffs' proposed counter order as submitted.

Thank you for your continued courtesies.

Very truly yours,

JOHN L. CIARELLI

JLC:CS

cc:   Stephen Dane, Esq.
      sdane@relmanlaw.com

      Thomas J. Keary, Esq.
      tkeary@relmanlaw.com

      Erik Heins, Esq.
      Erik@lifairhousing.org