IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 18 2012 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

BARBARA OLSEN, DONALD OLSEN, SR.,
DONALD OLSEN JR., and LONG ISLAND
HOUSING SERVICES, INC.,

          Plaintiffs,

v.

STARK HOMES, INC. D/B/A GLENWOOD VILLAGE,
and BRIAN STARK,
          Defendants,

---------------------------------------------------------------x

Civil Action No.
09 4283 (LW)(ETB)

**ORDER**

    **WHEREAS** the above captioned action having regularly come to trial before the Court and both sides having adduced evidence and rested;

    And the Court having heard the Defendants Motion for a directed verdict of dismissal as to all causes of action in the complaint and the motion of all the Plaintiffs for a directed verdict as to the second cause of action and the Court, upon due deliberation having issued a decision in open court a copy of which is annexed hereto;

    **NOW THEREFORE IT IS ORDERED AND ADJUDGED** that the Defendants motion is granted, the Plaintiffs motion is denied, and the action is hereby dismissed in its entirety, with costs.

Dated: Central Islip, New York
       DEC. 18, 2012

                                             Hon. Leonard D. Wexler

                                             /s/ Leonard D. Wexler
                                          United States District Judge