# *Prestige Process Services, Inc.*

737 Roanoke Avenue    1438 Maeder Avenue
Riverhead, NY 11901   Merrick, NY 11566
(631) 766-5216        (516) 608-8494

# Invoice

| Date | Invoice # |
|---|---|
| 11/25/2012 | 20120173 |

**Bill To**

Ciarelli & Dempsey, Esqs
737 Roanoke Avenue
Riverhead, NY 11901

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 3 | Subpoena (Romano, Shuker, and Warren) | 65.00 | 195.00 |

re Barbara Olsen vs Stark Homes

**Total**  $195.00

**Henderson Legal Services, Inc.**

An Affiliate of National Depo
1015 15th Street, NW, Suite 525
Washington, DC 20005
Tel: 202-220-4158
Fax: 202-220-4162

| Bill To: | COD | | |
|---|---|---|---|
| | Ciarelli & Dempsey | Invoice #: | DC43857 |
| | 737 Roanoke Avenue | Invoice Date: | 11/30/2012 |
| | Riverhead, NY 11901 | Balance Due: | $0.00 |

**Case:** Olsen et al v. Stark Homes, Inc.
**Job #:** 19427 | **Job Date:** 11/16/2012 | **Delivery:** Expedited
**Billing Atty:** John L. Ciarelli, Esq.
**Location:** Eva Perry Regional Library
2100 Shepherds Vineyard Drive | Apex, NC 27502

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Rita Simonetti | Transcript - copy/copies | Page | 49.00 | $3.75 | $183.75 |
| 2 | | Exhibits | Per page | 16.00 | $0.35 | $5.60 |
| 3 | | Processing/Repository | 1 | 1.00 | $55.00 | $55.00 |

Notes:

| | | |
|---|---|---|
| | Invoice Total: | $244.35 |
| | Payment: | ($244.35) |
| | Credits: | |
| | Balance Due: | $0.00 |

Fed. Tax ID: 20-3132569     Term: Due Upon Receipt

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Make check payable to: **National Depo**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____  Exp. Date _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Invoice #: DC43857
Job #: 19427
Invoice Date: 11/30/2012
Balance: $0.00

Please remit payment to:
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

Page 1 of 1



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 172577 | 6/7/2010 | 97384 |
| Job Date | Case No. | |
| 5/25/2010 | | |

**Case Name**

OLSEN v STARK HOMES, INC.

**Payment Terms**

Due upon receipt

**Suzanne Hand & Associates Inc.**
Court Reporting & Transcription Services
(631) 277-2700  Fax: (631) 277-9798

John Ciarelli, Esq.
Ciarelli & Dempsey, Esq.
737 Roanoke Avenue
Riverhead NY 11901



| | |
|---|---|
| Certified Original & 1 Copy of Transcript of: DONALD OLSEN, SR. | 466.95 |
| Certified Original & 1 Copy of Transcript of: BARBARA OLSEN | 443.30 |
| Certified Original & 1 Copy of Transcript of: DONALD OLSEN, JR. | 309.80 |
| TOTAL DUE >>> | $1,220.05 |

**PAID**

Tax ID: 11-3030135                              Phone: 631-369-5100   Fax: 631-369-5132

*Please detach bottom portion and return with payment.*

John Ciarelli, Esq.
Ciarelli & Dempsey, Esq.
737 Roanoke Avenue
Riverhead NY 11901

Job No.      : 97384            BU ID    : 1-SH
Case No.     :
Case Name    : OLSEN v STARK HOMES, INC.

Invoice No.  : 172577           Invoice Date : 6/7/2010
Total Due    : $ 1,220.05

Remit To: **SUZANNE HAND & ASSOCIATES, INC.**
**Court Reporting & Transcription Services**
**One South Bay Avenue**
**Islip NY 11751**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# INVOICE



**Suzanne Hand & Associates Inc.**
Court Reporting & Transcription Services
(631) 277-2700  Fax: (631) 277-9798

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 174863 | 11/17/2010 | 99102 |
| Job Date | Case No. | |
| 11/9/2010 | | |
| Case Name | | |
| OLSEN v STARK HOMES, INC. | | |
| Payment Terms | | |
| Due upon receipt | | |

John Ciarelli, Esq.
Ciarelli & Dempsey, Esq.
737 Roanoke Avenue
Riverhead NY  11901



Certified Original & 1 Copy of Transcript of:
JEFF ROMANO                                                                                      637.95

TOTAL DUE >>>     $637.95



**Tax ID:** 11-3030135                                              Phone: 631-369-5100   Fax:631-369-5132

*Please detach bottom portion and return with payment.*

John Ciarelli, Esq.
Ciarelli & Dempsey, Esq.
737 Roanoke Avenue
Riverhead NY  11901

Job No.    : 99102          BU ID    :1-SH
Case No.   :
Case Name  : OLSEN v STARK HOMES, INC.

Invoice No. : 174863         Invoice Date :11/17/2010
Total Due   : $ 637.95

**Remit To:** SUZANNE HAND & ASSOCIATES, INC.
Court Reporting & Transcription Services
One South Bay Avenue
Islip NY  11751

| PAYMENT WITH CREDIT CARD | AMEX | | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | Phone#: | | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |

# INVOICE



**Suzanne Hand & Associates Inc.**
Court Reporting & Transcription Services
(631) 277-2700  Fax: (631) 277-9798

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 173067 | 7/9/2010 | 97718 |
| Job Date | Case No. | |
| 6/23/2010 | | |

| Case Name |
|---|
| OLSEN v STARK HOMES, INC. |

| Payment Terms |
|---|
| Due upon receipt |

John Clarelli, Esq.
Ciarelli & Dempsey, Esq.
737 Roanoke Avenue
Riverhead NY 11901

FAXED 12-18-12

| | |
|---|---:|
| Certified Original & 1 Copy of Transcript of: WENDY WARREN | 281.30 |
| Certified Original & 1 Copy of Transcript of: KAREN SHUKER | 340.00 |
| **TOTAL DUE >>>** | **$621.30** |


PAID

**Tax ID:** 11-3030135

Phone: 631-369-5100   Fax: 631-369-5132

*Please detach bottom portion and return with payment.*

John Clarelli, Esq.
Ciarelli & Dempsey, Esq.
737 Roanoke Avenue
Riverhead NY 11901

Job No.    : 97718         BU ID     : 1-SH
Case No.   :
Case Name  : OLSEN v STARK HOMES, INC.

Invoice No. : 173067        Invoice Date : 7/9/2010
Total Due   : $ 621.30

Remit To: **SUZANNE HAND & ASSOCIATES, INC.**
**Court Reporting & Transcription Services**
**One South Bay Avenue**
**Islip NY 11751**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:_____ Phone#:
Billing Address:
Zip:_____ Card Security Code:
Amount to Charge:
Cardholder's Signature:

AO 88 (Rev. 07/10) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

BARBARA OLSEN et al )
*Plaintiff* )
v. ) Civil Action No. 09-4283(LW)(ETB)
STARK HOMES, INC. et al )
*Defendant* )

## SUBPOENA TO APPEAR AND TESTIFY
### AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Wendy Warren
    117 Owls Nest Court, Manorville, New York 11949

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: Unites States District Court Eastern District of New York 944 Fedral Plaza, Central Islip, New York 11722 | Courtroom No.: 940 |
| --- | --- |
| | Date and Time: 11/27/2012 9:30 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:
case test file

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Fed. R. Civ. P. 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 11/14/2012

_____    OR    _____
*Signature of Clerk or Deputy Clerk*              *Attorney's signature*

CLERK OF COURT

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Stark Homes, Inc. et al
_____, who issues or requests this subpoena, are:

Ciarelli & Dempsey, P.C.
737 Roanoke Avenue
Riverhead, New York 11901
(631) 369-5100

AO 88 (Rev.07/10) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No. 09-4283 (LW)(ETB)

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* __Wendy Warren__

was received by me on *(date)* __November 17, 2012__

☒ I served the subpoena by delivering a copy to the named person as follows: __Wendy Warren's Mother (she would not give name), residing @ 117 Owls Nest Court, Manorville, N.Y. 11949__

on *(date)* __November 17, 2012 @ 12:25 pm__ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ __67.75__

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__

I declare under penalty of perjury that this information is true.

Date: __November 19th, 2012__

_____
Server's signature

__Timmy Thilberg__
Printed name and title

__Oak Street, Mattituck, NY 11952__
Server's address

Additional information regarding attempted service, etc:

| | | REMITTANCE ADVICE | | | | 1-148/280 |
|---|---|---|---|---|---|---|

CIARELLI & DEMPSEY P.C.
ATTORNEYS AT LAW
GENERAL ACCOUNT
737 ROANOKE AVENUE
RIVERHEAD, NY 11901

**1346**

PAY _Sixty seven and 75/100_ DOLLARS

| DATE | TO THE ORDER OF | ACCOUNT | DESCRIPTION | CHECK AMOUNT |
|---|---|---|---|---|
| 11/14/12 | Wendy Warren | | Client Disb | 67 75 |

citibank  CITIBANK N.A.
425 Broad Hollow Road, Melville, NY 11747

CIARELLI & DEMPSEY P.C.
GENERAL ACCOUNT

_Patricia M Dempsey_
AUTHORIZED SIGNATURE

⑈⑈001346⑈⑈  ⑆028001489⑆:  9987257605⑈⑈

AO 88 (Rev. 07/10) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

BARBARA OLSEN et al )
*Plaintiff* )
v. ) Civil Action No. 09-4283 (LW)(ETB)
STARK HOMES, INC et al )
*Defendant* )

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Jeffrey Romano, PhD.
40 Opti-Health Lane, 833 East Main Street, Riverhead, New York, 11901

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: United States District Court<br>Eastern District of New York<br>944 Federal Plaza, Central Islip, New York 11722 | Courtroom No.: 940<br>Date and Time: 11/27/2012 9:30 am |
|---|---|

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*: Treatment Records of Donald Olsen, Jr.

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Fed. R. Civ. P. 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: November 19, 2012

*CLERK OF COURT*

_____           OR           _____
*Signature of Clerk or Deputy Clerk*                       *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Stark Homes, Inc., et al
_____, who issues or requests this subpoena, are:

*Renee*

AO 88 (Rev.07/10) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No. 09-4283 (LW)(ETB)

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* Jeffrey Romano, Phd (40 Opti-Health Lane)
was received by me on *(date)* November 20, 2012

☒ I served the subpoena by delivering a copy to the named person as follows: Renee at Dr.'s office
@ 833 East Main Street, Riverhead, NY 11901 on *(date)* November 20, 2012 or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 76.62 .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: November 20, 2012

_____
Server's signature

Judy Thilberg
Printed name and title

Oak Street, Mattituck, N.Y. 11952
Server's address

Additional information regarding attempted service, etc:

# CIARELLI & DEMPSEY P. C.
## ATTORNEYS AT LAW

JOHN L. CIARELLI
PATRICIA A. DEMPSEY

737 ROANOKE AVENUE
RIVERHEAD, NEW YORK 11901
(631) 369-5100
Facsimile: (631) 369-5132
ciarellidempsey@optonline.net

November 19, 2012

Jeffrey Romano, PhD.
40 Opti-Health Lane
833 East Main Street
Riverhead, New York 11901

Re: Stark Homes Inc. adv. Olsen

Dr. Romano:

Please call our office at 631-369-5100 upon receipt of the Subpoena to discuss your appearance at Eastern District Court. We should be able to give you a more specific date and or time for you to appear other than the November 27, 2012, 9:30 am appearance date set by the Subpoena, and closer to the date the trial is scheduled to start, which is November 26, 2012.

We suggest you call on November 26th.

Very truly yours,

JOHN L. CIARELLI

JLC:CS

| | | REMITTANCE ADVICE | | 1-148/280 |
|---|---|---|---|---|
| CIARELLI & DEMPSEY P.C.<br>ATTORNEYS AT LAW<br>GENERAL ACCOUNT<br>737 ROANOKE AVENUE<br>RIVERHEAD, NY 11901 | | | | 1363 |

PAY *Seventy Six + 62/XX* _____ DOLLARS

| DATE | TO THE ORDER OF | ACCOUNT | DESCRIPTION | CHECK AMOUNT |
|---|---|---|---|---|
| 4/17/12 | Jeffrey Romano | | Olsen v Stark | 76 62 |

citibank  CITIBANK N.A.
425 Broad Hollow Road, Melville, NY 11747

CIARELLI & DEMPSEY P.C.
GENERAL ACCOUNT

*[signature]*
AUTHORIZED SIGNATURE

⑆001363⑆ ⑈028001489⑈ 9987257605⑈

AO 88 (Rev. 07/10) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| BARBARA OLSEN et al<br>*Plaintiff*<br>v.<br>STARK HOMES, INC et al<br>*Defendant* | )<br>)<br>) Civil Action No. 09-4283 (LW)(ETB)<br>)<br>) |

### SUBPOENA TO APPEAR AND TESTIFY
### AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Karen Shuker
38 Niewood Drive, Ridge, New York 11961

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: United States District Court<br>Eastern District of New York<br>944 Federal Plaza, Central Islip, New York 11722 | Courtroom No.: 940<br>Date and Time: 11/27/2012 9:30 am |
|---|---|

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Fed. R. Civ. P. 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: *November 14, 2012*

CLERK OF COURT

OR

*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Stark Homes, INC., et al
, who issues or requests this subpoena, are:

CIARELLI & DEMPSEY, P.C.
737 Roanoke Avenue
Riverhead, New York 11901
(631)-369-5100

AO 88 (Rev.07/10) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No. 09-4283 (LW)(ETB)

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* **Karen Shuker**
was received by me on *(date)* **NOV. 17, 2012.**

☒ I served the subpoena by delivering a copy to the named person as follows: **William Shuker, husband residing @ 38 Niewood Drive, Ridge, N.Y. 11961**
on *(date)* **NOV. 17, 2012 @ 12:00pm**

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ **65.53**

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: **November 19th, 2012**

*[signature]*
Server's signature

**Jimmy Thilberg**
Printed name and title

**Oak Street, Mattituck, NY 11952**
Server's address

Additional information regarding attempted service, etc:

# CIARELLI & DEMPSEY P. C.
## ATTORNEYS AT LAW

JOHN L. CIARELLI
PATRICIA A. DEMPSEY

737 ROANOKE AVENUE
RIVERHEAD, NEW YORK 11901
(631) 369-5100
Facsimile: (631) 369-5132
ciarellidempsey@optonline.net

November 14, 2012

Karen Shuker
38 Niewood Drive
Ridge, New York 11961

Re:   Stark Homes Inc. adv. Olsen

Ms. Shuker:

Please call our office at 631-369-5100 upon receipt of the Subpoena to discuss your appearance at Eastern District Court. We should be able to give you a more specific date and or time for you to appear other than the November 27, 2012, 9:30 am appearance date set by the Subpoena, and closer to the date the trial is scheduled to start, which is November 26, 2012.

We suggest you call either on November 22nd or November 26th.

Very truly yours,

JOHN L. CIARELLI

JLC:CS

**CIARELLI & DEMPSEY P.C.**
ATTORNEYS AT LAW
GENERAL ACCOUNT
737 ROANOKE AVENUE
RIVERHEAD, NY 11901

REMITTANCE ADVICE

1-148/280

**1345**

PAY _Sixty five and 53/100_ DOLLARS

| DATE | TO THE ORDER OF | ACCOUNT | DESCRIPTION | CHECK AMOUNT |
|---|---|---|---|---|
| 11/14/12 | Karen Shuker | | Client Disb | 65 53 |

CIARELLI & DEMPSEY P.C.
GENERAL ACCOUNT

citibank   CITIBANK N.A.
425 Broad Hollow Road, Melville, NY 11747

_Patricia M Dempsey_
AUTHORIZED SIGNATURE

⑈001345⑈ ⑆028001489⑆ 998725760 5⑈