

# Long Island Housing Services, Inc.
640 Johnson Ave., Suite 8, Bohemia, New York 11716-2624
Suffolk: 631-567-5111~ Nassau: 516-292-0400 ~ Fax: 631-567-0160
www.LIFairHousing.org

January 7, 2013

**Board of Directors**

Berta Cevallos, NS-LIS
   **President**
Linda R. Hassberg, Esq.
   **Vice President**
Carol Germann
   **Secretary**
Alex P. Ames, CPA
   **Treasurer**
Donna A. E. Boyce
Georgette Grier-Key
Cathryn A. Harris-Marchesi, Esq.
Lenora W. Long
Beth M. Wickey, Esq.
   **President Emeritus**

**Executive Director**

Michelle Santantonio

**Advisory Council**

Frederick K. Brewington, Esq.
Glen R. Cherveny, AIA
Mildred Lewis
Thomas Maligno, Esq.
Robert W. Ralph
Nina J. Stewart, Esq.
Beth M. Wickey, Esq.

**Consultant**





A 501 (c) (3), not-for-profit, fair housing agency serving Long Islanders since 1969.

*Via ECF*

Douglas C. Palmer
Clerk of the Court
Federal District Court for the Eastern District of New York
Long Island Federal Courthouse
944 Federal Plaza
Central Islip, NY 11772

      RE:   Barbara Olsen, et al. v. Stark Homes, Inc., et al.
              Civil Action Number: 09-cv-04283 (LDW)(ETB)

Dear Clerk Palmer:

    I am the attorney for Plaintiff Long Island Housing Services, Inc. in the above-referenced action. Please allow this letter to serve as Plaintiff LIHS' objection to the Bill of Costs submitted by Defendants, docket number 85.

    Plaintiff LIHS objects to the Bill of Costs insofar as it does not conform with local rule 54.1, outlying proper taxable costs. Specifically, LIHS objects to the transcript costs for the deposition transcript of Wendy Warren and the deposition transcript of Karen Shuker. Neither transcript was used during the course of the trial, for impeachment or any other purpose, or submitted into evidence. Neither transcript was used by the court in deciding a motion for summary judgment, and Defendants did not prevail on any such motion. As such, the costs for these depositions are not properly taxable under local rule 54.1(c)(2). These transcripts total $621.30.

    Plaintiff LIHS therefore request the taxable costs be adjusted as appropriate.

                                  Sincerely,

                                  Erik Heins
                                  Attorney for Plaintiff LIHS

C:  Patricia A. Dempsey & John L. Ciarelli  (via ECF)

---

*Our mission is the elimination of unlawful housing discrimination
and promotion of decent and affordable housing through advocacy and education.*