```
-------------------------------------------------------------x
```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
```
-------------------------------------------------------------x
```
BARBARA OLSEN, DONALD OLSEN SR.,
DONALD OLSEN JR., and LONG ISLAND
HOUSING SERVICES, INC.,

                Plaintiffs,

  -against-

STARK HOMES, INC. D/B/A GLENWOOD
VILLAGE and BRIAN STARK,

                Defendants.
```
-------------------------------------------------------------x
```

Civil Action No. 09-4283
(LDW)(ETB)

**Motion for Leave to Withdraw Thomas Keary as Counsel**

      I HEREBY MOVE for leave to withdraw Thomas Keary as counsel for Plaintiffs in the above-captioned case pursuant to Local Rule 1.4. Thomas Keary has retired and is no longer at his position at Relman, Dane & Colfax PLLC, effective April 2, 2015. Plaintiffs will continue to be represented by Stephen Dane, Tara Ramchandani, and Jia Cobb of Relman, Dane & Colfax PLLC.

Dated:     April 20, 2015

/s/ Stephen M. Dane
Stephen M. Dane
Relman, Dane & Colfax PLLC
1225 19th St. NW, Suite 600
Washington, D.C. 20036-2456
(202) 728-1888

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2015 the foregoing Motion for Leave to Withdraw Thomas Keary as Counsel was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service upon all counsel of record, via ECF, and upon Plaintiffs, via first class U.S. mail:

> John L. Ciarelli
> Patricia Dempsey
> Ciarelli & Dempsey
> 737 Roanoke Avenue
> Riverhead, N.Y. 11901
>
> Michelle Santantonio
> Executive Director, LIHS
> 640 Johnson Ave #8
> Bohemia, NY 11716
>
> Barbara Olsen
> Donald Olsen, Sr.
> Donald Olsen, Jr.
> 638 Fresh Pond Avenue
> Unit 355
> Calverton, New York 11933

/s/ Stephen M. Dane
Stephen M. Dane
Relman, Dane, & Colfax, PLLC
1225 19th St. NW, Suite 600
Washington, D.C. 20036-2456
(202) 728-1888

*Attorney for Plaintiffs*